1

**SULAIMAN LAW GROUP, LTD.**
Bobby C. Walker (State Bar No. 321788)

2

2500 South Highland Avenue, Suite 200

3

Lombard, Illinois 60148
Telephone: (630) 575-8181

4

Facsimile: (630) 575-8188

5

Email: bwalker@sulaimanlaw.com

6

*Attorney for Plaintiff*

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

ARLETTE RODRIGUEZ,

Case No. 5:22-cv-01943-SP

12

Plaintiff,

**NOTICE OF SETTLEMENT**

13

v.

14

SUNRISE CREDIT SERVICES, INC.,

15

16

Defendant.

17

18

## NOTICE OF SETTLMENT

19

20

PLEASE TAKE NOTICE that ARLETTE RODRIGUEZ ("Plaintiff"), hereby

21

notifies the Court that the Plaintiff and Defendant have settled all claims between

22

them in this matter and are in the process of completing the final closing documents

23

and filing the dismissal. The Parties anticipate this process to take no more than 60

24

days and request that the Court retain jurisdiction for any matters related to

25

26

completing and/or enforcing the settlement. The Parties propose to file a dismissal

27

with prejudice within 60 days of submission of this Notice of Settlement and pray

28

1

the Court to stay all proceedings until that time.

Respectfully submitted this 8th day of November 2022.

> /s/ Bobby C. Walker
> Bobby C. Walker (321788)
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Avenue, Suite 200
> Lombard, Illinois 60148
> Phone: (630) 575-8181
> Fax: (630) 575-8188
> bwalker@sulaimanlaw.com
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

> /s/ Bobby C. Walker
> Bobby C. Walker

2