SULAIMAN LAW GROUP, LTD
Bobby C. Walker (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETTE RODRIGUEZ | Case No. 5:22-cv-01943-SP |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| SUNRISE CREDIT SERVICES, INC., | |
| Defendant. | |

NOW ARLETTE RODRIGUEZ ("Plaintiff"), by through the undersigned counsel and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against SUNRISE CREDIT SERVICES, INC. ("Defendant"), with  prejudice. Each party shall bear its own costs and attorney fees. Respectfully submitted this January 23, 2023.

s/ *Bobby C. Walker*
Bobby C. Walker
Sulaiman Law Group, Ltd.

1

2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
bwalkerf@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Bobby C. Walker