1 **SULAIMAN LAW GROUP, LTD**
2 Bobby C. Walker (State Bar No.321788)
  Sulaiman Law Group, Ltd.
3 2500 South Highland Avenue, Suite 200
4 Lombard, IL 60148
  Phone: (630) 575-8181
5 Fax: (630) 575-8188
6 bwalker@sulaimanlaw.com

7
                **UNITED STATES DISTRICT COURT**
8                **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | ARLETTE RODRIGUEZ | Case No. 5:22-cv-01943-SP |
11 | Plaintiff, | **[PROPOSED] ORDER** |
12 | v. | |
13 | | |
14 | SUNRISE CREDIT SERVICES, INC., | |
15 | | |
16 | Defendant. | |

17
18      Plaintiff, ARLETTE RODRIGUEZ ("Plaintiff"), by and through the undersigned
19 attorney, having filed with this Court her Notice of Voluntary Dismissal with Prejudice
20 and the Court having reviewed same, now finds that this matter should be dismissed as
21
22 to Defendant, SUNRISE CREDIT SERVICES, INC.

23      IT IS THEREFORE ORDERED by this Court that the above cause of action is
24 hereby dismissed, with prejudice, as to SUNRISE CREDIT SERVICES, INC. Each
25
26 party shall bear its own costs and attorney fees.

27
28   Dated: _____

                                    1

1
2
3
        _____
        Judge, U.S. District Court

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28