JS-6

**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No.321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETTE RODRIGUEZ<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE CREDIT SERVICES, INC.,<br><br>Defendant. | Case No. 5:22-cv-01943-SP<br><br>**ORDER** |

Plaintiff, ARLETTE RODRIGUEZ ("Plaintiff"), by and through the undersigned attorney, having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, SUNRISE CREDIT SERVICES, INC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to SUNRISE CREDIT SERVICES, INC. Each party shall bear its own costs and attorney fees.

Dated: January 27, 2023

_____
U.S. Magistrate Judge

1